# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**168**

**CA 11-01788**

PRESENT: SMITH, J.P., SCONIERS, GORSKI, AND MARTOCHE, JJ.

---

CORNELL DAVIS, JR., CLAIMANT-RESPONDENT,

V                                                                 ORDER

STATE OF NEW YORK, DEFENDANT-APPELLANT.
(CLAIM NO. 114998.)
(APPEAL NO. 1.)

---

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (ROBERT M. GOLDFARB OF COUNSEL), FOR DEFENDANT-APPELLANT.

MULDOON & GETZ, ROCHESTER (JON P. GETZ OF COUNSEL), FOR CLAIMANT-RESPONDENT.

---

Appeal from an order of the Court of Claims (Renee Forgensi Minarik, J.), entered February 2, 2010. The order, among other things, granted claimant's motion for partial summary judgment on the issue of liability.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see also* CPLR 5501 [a] [1]).

Entered:  January 31, 2012                          Frances E. Cafarell
                                                     Clerk of the Court